

# NUMBER 13-14-00035-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN THE MATTER OF THE MARRIAGE OF HARI B. ANCHA AND LAKSHMI V. ANCHA, AND IN THE INTEREST OF A.A. AND N.T.A., CHILDREN**

**On appeal from the 170th District Court of McLennan County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Hari B. Ancha, perfected an appeal from a judgment entered by the 170th District Court of McLennan County, Texas, in cause number 2012-1848-4.[1]

Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

have entered into a settlement agreement and mutual release.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
11th day of September, 2014.